# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>TREADWELL, MARC T. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF GEORGIA | 3. Date of Report<br><br>05/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>P. O. BOX 65<br>MACON, GA 31202 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Board of Trustees | Mercer University |
| 2. | Member of Board of Trustees | The Peyton Anderson Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Mercer Law School - Salary | $2,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self-employed landscape architect (d/b/a WT Designs) |
| 2. 2016 | Self-employed real estate professional (d/b/a WT Development, LLC) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Trust #2 | Mortgage on rental property #1, Fripp Island, SC (Part VII, line 4) | M |
| 2. | Merrill Lynch | Line of Credit - the assets of Brokerage #1 (Part VII, lines 9-12) are pledged collateral for this loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State Bank and Trust Company Accounts | | None | K | T | | | | | |
| 2. Wells Fargo Bank Account (Y) | | | | | | | | | |
| 3. Bank of America (X) | | None | J | T | | | | | |
| 4. Rental Property #1, Fripp Island, South Carolina | E | Rent | O | W | | | | | |
| 5. Rental Property #2, Macon, Georgia | D | Rent | M | W | | | | | |
| 6. Rental Property #3, Macon, Georgia | D | Rent | L | W | | | | | |
| 7. Rental Property #4, Auburn, Alabama | D | Rent | M | W | | | | | |
| 8. Lincoln National Life - Survivorship universal life policy | | None | L | V | | | | | |
| 9. Brokerage #1 (H) | | | | | | | | | |
| 10. -Merrill Lynch Cash Management Account | A | Interest | J | T | | | | | |
| 11. -SP500 Stepup Issuer BAC | | None | J | T | | | | | |
| 12. -Apple Inc. (common) | A | Dividend | K | T | | | | | |
| 13. Brokerage #2 (H) | | | | | | | | | |
| 14. -Merrill Lynch Cash Management Account | A | Interest | J | T | | | | | |
| 15. -Amazon Com Inc (common) | | None | J | T | Buy | 05/23/16 | J | | |
| 16. -American Express Company (common) | A | Dividend | K | T | | | | | |
| 17. -Ameriprise Financial Inc (common) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Bristol-Myers Squibb Co (common) | A | Dividend | K | T | | | | | |
| 19. -Facebook Inc (common) | | None | J | T | Buy | 05/23/16 | J | | |
| 20. -General Electric (common) | A | Dividend | J | T | | | | | |
| 21. -Halyard Health Inc. (common) | | None | J | T | | | | | |
| 22. -Home Depot Inc (common) | A | Dividend | K | T | | | | | |
| 23. -Johnson and Johnson (common) | A | Dividend | K | T | | | | | |
| 24. -Kimberly Clark (common) | B | Dividend | L | T | | | | | |
| 25. -Zimmer Holdings Inc (common) | A | Dividend | J | T | | | | | |
| 26. Brokerage #3 (H) | | | | | | | | | |
| 27. -Merrill Lynch Cash Management Account | A | Dividend | J | T | | | | | |
| 28. -Apple Inc (common) | A | Dividend | K | T | | | | | |
| 29. -Ishares U.S. Financial Services ETF | A | Dividend | J | T | Sold (part) | 01/12/16 | J | | |
| 30. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 31. | | | | | Sold (part) | 08/02/16 | J | | |
| 32. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 33. -Ishares Cohen & Steers REIT ETF | A | Dividend | | | Sold | 01/15/16 | J | | |
| 34. | | | | | Buy | 01/28/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | Sold | 05/13/16 | K | B | |
| 36. | -Guggenheim S&P 500 Equal Weight ETF | | None | | | Sold | 01/06/16 | J | | |
| 37. | -Guggenheim S&P Midcap 400 Pure Growth ETF | | None | | | Sold | 01/06/16 | J | | |
| 38. | -Guggenheim S&P 500 Pure Growth ETF | | None | | | Sold | 01/06/16 | J | | |
| 39. | -Powershares QQQ Trust SE 1 | A | Dividend | K | T | Sold (part) | 01/19/16 | J | | |
| 40. | | | | | | Buy | 01/28/16 | J | | |
| 41. | | | | | | Sold | 04/01/16 | J | A | |
| 42. | | | | | | Buy | 10/11/16 | K | | |
| 43. | | | | | | Sold (part) | 10/17/16 | J | | |
| 44. | -Ishares S&P Midcap 400 Growth | | None | | | Sold | 01/06/16 | J | | |
| 45. | -Ishares U.S. Technology | A | Dividend | J | T | Sold (part) | 01/06/16 | J | | |
| 46. | | | | | | Buy | 04/11/16 | J | | |
| 47. | | | | | | Sold | 06/01/16 | J | | |
| 48. | | | | | | Buy | 08/02/16 | J | | |
| 49. | | | | | | Sold (part) | 10/11/16 | J | A | |
| 50. | -Ishares S&P 500 Growth | | None | | | Sold (part) | 01/15/16 | J | | |
| 51. | | | | | | Sold | 01/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Ishares U.S. Consumer Services ETF | | None | | | Sold | 01/15/16 | J | | |
| 53. -Ishares U.S. Healthcare | A | Dividend | | | Sold | 01/12/16 | J | | |
| 54. | | | | | Buy | 08/02/16 | J | | |
| 55. | | | | | Sold | 10/11/16 | J | | |
| 56. -Ishares U.S. Real Estate | A | Dividend | J | T | Sold (part) | 01/15/16 | J | | |
| 57. | | | | | Sold | 01/16/16 | J | | |
| 58. | | | | | Buy | 06/30/16 | J | | |
| 59. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 60. | | | | | Sold (part) | 10/11/16 | J | | |
| 61. -Ishares S&P Mid-cap 400 Value ETF | | None | | | Sold | 01/06/16 | J | | |
| 62. | | | | | Buy | 03/30/16 | J | | |
| 63. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 64. | | | | | Sold | 04/07/16 | K | | |
| 65. -Ishares S&P Smallcap 600 Growth | A | Dividend | K | T | Sold (part) | 01/06/16 | J | | |
| 66. | | | | | Buy | 10/11/16 | K | | |
| 67. | | | | | Sold (part) | 10/17/16 | J | | |
| 68. -SPDR S&P Midcap 400 ETF Trust | A | Dividend | J | T | Sold (part) | 01/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 03/30/16 | K | | |
| 70. | | | | | Sold | 04/07/16 | K | | |
| 71. | | | | | Buy | 04/19/16 | J | | |
| 72. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 73. | | | | | Sold | 05/13/16 | J | | |
| 74. | | | | | Buy | 10/11/16 | J | | |
| 75. | | | | | Sold (part) | 10/17/16 | J | | |
| 76. -SPDR Dow Jones Indust Av ETF Trust | A | Dividend | | | Sold | 01/19/16 | J | | |
| 77. | | | | | Buy | 01/28/16 | J | | |
| 78. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 79. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 80. | | | | | Sold (part) | 05/04/16 | J | | |
| 81. | | | | | Sold | 05/13/16 | K | B | |
| 82. -SPDR S&P 500 ETF Trust | A | Dividend | | | Sold | 01/19/16 | J | | |
| 83. | | | | | Buy | 06/08/16 | J | | |
| 84. | | | | | Sold | 06/30/16 | J | | |
| 85. -Pioneer AMT Free Municipal Fund Cl Y | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | TREADWELL, MARC T. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Ishares Core S&P Mid-cap ETF | A | Dividend | J | T | Buy | 05/24/16 | K | | |
| 87. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 88. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 89. | | | | | Sold (part) | 10/11/16 | K | B | |
| 90. -Ishares MSCI Emerging Mkts | A | Dividend | J | T | Buy | 04/01/16 | J | | |
| 91. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 92. | | | | | Sold (part) | 05/04/16 | J | | |
| 93. | | | | | Sold | 05/13/16 | J | | |
| 94. | | | | | Buy | 10/11/16 | K | | |
| 95. | | | | | Sold (part) | 10/17/16 | J | | |
| 96. -Ishares Morningstar Small Cap Value ETF | A | Dividend | J | T | Buy (add'l) | 05/24/16 | J | | |
| 97. | | | | | Sold (part) | 10/11/16 | J | A | |
| 98. -Ishares Core S&P 500 ETF | A | Dividend | | | Buy | 01/25/16 | L | | |
| 99. | | | | | Sold | 02/03/16 | L | A | |
| 100. | | | | | Buy | 02/23/16 | K | | |
| 101. | | | | | Buy (add'l) | 02/24/16 | K | | |
| 102. | | | | | Sold | 03/08/16 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Ishares Tr Russell 2000 | A | Dividend | J | T | Buy | 06/08/16 | J | | |
| 104. | | | | | Sold (part) | 06/30/16 | J | | |
| 105. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 106. | | | | | Sold (part) | 10/17/16 | J | A | |
| 107.  -Ishares U.S. Basic Materials ETF | A | Dividend | J | T | Buy | 04/11/16 | J | | |
| 108. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 109. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 110. | | | | | Sold (part) | 05/04/16 | J | | |
| 111. | | | | | Sold (part) | 05/04/16 | J | | |
| 112. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 113. | | | | | Sold (part) | 10/11/16 | J | A | |
| 114.  -Ishares U.S. Consumer Goods ETF | | None | | | Buy | 04/11/16 | J | | |
| 115. | | | | | Sold | 06/01/16 | J | | |
| 116.  -Ishares U.S. Energy ETF | A | Dividend | | | Buy | 06/01/16 | J | | |
| 117. | | | | | Sold | 08/02/16 | J | | |
| 118.  -Ishares U.S. Industrials ETF | A | Dividend | J | T | Buy | 06/16/16 | J | | |
| 119. | | | | | Sold | 08/02/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 10/11/16 | J | | |
| 121.  -Ishares U.S. Utilities | | None | | | Buy | 01/06/16 | J | | |
| 122. | | | | | Sold | 01/15/16 | J | A | |
| 123. | | | | | Buy | 04/11/16 | J | | |
| 124. | | | | | Sold | 06/01/16 | J | A | |
| 125.  -Ishares S&P Smallcap 600 Value | A | Dividend | J | T | Buy | 03/30/16 | K | | |
| 126. | | | | | Sold | 04/07/16 | K | | |
| 127. | | | | | Buy | 04/20/16 | J | | |
| 128. | | | | | Sold | 05/04/16 | J | | |
| 129. | | | | | Buy | 06/30/16 | J | | |
| 130. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 131. | | | | | Sold (part) | 10/17/16 | J | A | |
| 132.  -Ishares Core Russell US Value ETF | A | Dividend | | | Buy | 05/24/16 | J | | |
| 133. | | | | | Sold | 10/11/16 | K | A | |
| 134.  -Vanguard 500 Index Fund Shs ETF | A | Dividend | | | Buy | 01/28/16 | J | | |
| 135. | | | | | Sold | 05/13/16 | K | B | |
| 136.  -Ishares Dow Jones US | A | Dividend | K | T | Buy | 11/11/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IRA #1 (H) | | | | | | | | | |
| 138. -Merrill Lynch cash holding account | A | Int./Div. | J | T | | | | | |
| 139. -Delaware Corporate Bond Fund Instl Cl | A | Dividend | J | T | | | | | |
| 140. -Apple Inc (common) | A | Dividend | J | T | | | | | |
| 141. -Guggenheim S&P 500 Equal Weight ETF | | | | | Sold | 01/06/16 | J | | |
| 142. -Guggenheim S&P Midcap 400 Pure Growth ETF | | | | | Sold | 01/06/16 | J | | |
| 143. -Guggenheim S&P 500 Pure Growth ETF | | | | | Sold | 01/06/16 | J | | |
| 144. -Ishares U.S. Financial Services ETF | A | Dividend | J | T | Sold (part) | 01/12/16 | J | | |
| 145. | | | | | Buy | 06/01/16 | J | | |
| 146. | | | | | Sold | 08/02/16 | J | | |
| 147. | | | | | Buy | 10/04/16 | J | | |
| 148. -Ishares Cohen & Steers REIT ETF | A | Dividend | | | Sold | 01/15/16 | J | | |
| 149. -Ishares S&P Midcap 400 Growth | | None | | | Sold | 01/06/16 | J | | |
| 150. -Ishares U.S. Technology | A | Dividend | J | T | Sold (part) | 01/06/16 | J | | |
| 151. | | | | | Buy | 08/02/16 | J | | |
| 152. -Ishares S&P 500 Growth | | None | | | Sold (part) | 01/15/16 | J | | |
| 153. | | | | | Sold | 01/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Ishares U.S. Consumer Services ETF | | None | | | Sold | 01/16/16 | J | | |
| 155.  -Ishares U.S. Healthcare | A | Dividend | | | Sold | 01/12/16 | J | | |
| 156. | | | | | Buy | 08/02/16 | J | | |
| 157. | | | | | Sold | 10/04/16 | J | | |
| 158.  -Ishares S&P Midcap 400 Value ETF | | None | | | Sold | 01/06/16 | J | | |
| 159. | | | | | Buy | 03/30/16 | J | | |
| 160. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 161. | | | | | Sold | 04/07/16 | J | | |
| 162.  -Ishares S&P Smallcap 600 Growth | A | Dividend | J | T | Sold (part) | 01/06/16 | J | | |
| 163. | | | | | Buy | 10/04/16 | J | | |
| 164. | | | | | Sold (part) | 10/17/16 | J | | |
| 165.  -Powershares QQQ Trust SE 1 | A | Dividend | J | T | Sold (part) | 01/19/16 | J | | |
| 166. | | | | | Buy | 01/28/16 | J | | |
| 167. | | | | | Sold | 04/01/16 | J | A | |
| 168. | | | | | Buy | 10/04/16 | J | | |
| 169. | | | | | Sold (part) | 10/17/16 | J | | |
| 170.  -SPDR Dow Jones Indust Av ETF Trust | A | Dividend | | | Sold (part) | 01/19/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy | 01/28/16 | J | | |
| 172. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 173. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 174. | | | | | Sold (part) | 05/04/16 | J | | |
| 175. | | | | | Sold | 05/13/16 | J | A | |
| 176. -SPDR S&P Midcap 400 ETF Trust | A | Dividend | J | T | Sold (part) | 01/07/16 | J | | |
| 177. | | | | | Buy | 03/30/16 | J | | |
| 178. | | | | | Sold (part) | 04/07/16 | J | | |
| 179. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 180. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 181. | | | | | Sold (part) | 05/04/16 | J | | |
| 182. | | | | | Sold | 05/13/16 | J | | |
| 183. | | | | | Buy | 05/24/16 | J | | |
| 184. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 185. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 186. | | | | | Sold (part) | 10/04/16 | J | A | |
| 187. | | | | | Sold (part) | 10/17/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -SPDR S&P 500 ETF Trust | A | Dividend | | | Sold | 01/19/16 | J | | |
| 189. | | | | | Buy | 01/28/16 | J | | |
| 190. | | | | | Sold | 05/13/16 | J | A | |
| 191. | | | | | Buy | 06/08/16 | J | | |
| 192. | | | | | Sold | 06/30/16 | J | | |
| 193.  -Ishares MSCI Emerging Mkts | A | Dividend | J | T | Buy | 04/01/16 | J | | |
| 194. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 195. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 196. | | | | | Sold (part) | 05/04/16 | J | | |
| 197. | | | | | Sold | 05/13/16 | J | | |
| 198. | | | | | Buy | 10/04/16 | J | | |
| 199. | | | | | Sold (part) | 10/17/16 | J | | |
| 200.  -Ishares Dow Jones US Utilities ETF | A | Dividend | | | Buy | 01/06/16 | J | | |
| 201. | | | | | Sold | 01/15/16 | J | A | |
| 202. | | | | | Buy | 03/18/16 | J | | |
| 203. | | | | | Sold | 06/01/16 | J | A | |
| 204.  -Ishares S&P Smallcap 600 Value | A | Dividend | J | T | Buy | 03/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 04/07/16 | J | | |
| 206. | | | | | Buy | 04/20/16 | J | | |
| 207. | | | | | Sold | 05/04/16 | J | | |
| 208. | | | | | Buy | 05/24/16 | J | | |
| 209. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 210. | | | | | Sold (part) | 10/04/16 | J | A | |
| 211. | | | | | Sold (part) | 10/17/16 | J | A | |
| 212. -Ishares S&P 500 Value Index ETF | A | Dividend | | | Buy | 05/24/16 | J | | |
| 213. | | | | | Sold | 10/04/16 | J | A | |
| 214. -Ishares S&P 500 Index ETF | | None | | | Buy | 01/25/16 | K | | |
| 215. | | | | | Sold | 02/03/16 | K | A | |
| 216. | | | | | Buy | 02/23/16 | J | | |
| 217. | | | | | Buy (add'l) | 02/24/16 | J | | |
| 218. | | | | | Sold | 03/08/16 | K | A | |
| 219. -Ishares Tr Russell 2000 | A | Dividend | J | T | Buy | 06/08/16 | J | | |
| 220. | | | | | Sold (part) | 06/30/16 | J | | |
| 221. | | | | | Buy (add'l) | 10/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 10/17/16 | J | A | |
| 223.  -Ishares Dow Jones US Energy Sector ETF | A | Dividend | | | Buy | 06/01/16 | J | | |
| 224. | | | | | Sold | 08/02/16 | J | | |
| 225.  -Ishares US Industrials ETF | A | Dividend | J | T | Buy | 03/18/16 | J | | |
| 226. | | | | | Sold | 08/02/16 | J | A | |
| 227. | | | | | Buy | 10/04/16 | J | | |
| 228.  -Ishares Dow Jones US Consumer Goods ETF | A | Dividend | | | Buy | 03/18/16 | J | | |
| 229. | | | | | Sold | 06/01/16 | J | | |
| 230.  -Ishares Dow Jones US Basic Materials ETF | A | Dividend | | | Buy | 03/18/16 | J | | |
| 231. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 232. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 233. | | | | | Sold (part) | 05/04/16 | J | | |
| 234. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 235. | | | | | Sold | 10/04/16 | J | A | |
| 236.  -Ishares US Real Estate | A | Dividend | J | T | Sold (part) | 01/15/16 | J | | |
| 237. | | | | | Sold | 01/19/16 | J | | |
| 238. | | | | | Buy | 01/28/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 05/13/16 | J | A | |
| 240. | | | | | Buy | 06/30/16 | J | | |
| 241. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 242. | | | | | Sold (part) | 10/04/16 | J | | |
| 243. -Ishares Dow Jones US Index Fund ETF | A | Dividend | J | T | Buy | 11/11/16 | J | | |
| 244. IRA #2 (H) | | | | | | | | | |
| 245. -Merrill Lynch cash holding account | A | Int./Div. | J | T | | | | | |
| 246. -American Cap Wrld Gr & Income Fund A | B | Dividend | K | T | | | | | |
| 247. -Apple Inc (Common) | A | Dividend | K | T | | | | | |
| 248. -Express Scripts Hldg Co (Common) | | None | J | T | | | | | |
| 249. -Wisdomtree Trust Emerging Markets High Dividend Fund | A | Dividend | J | T | | | | | |
| 250. -Alababa Group Holding LTD | | None | J | T | | | | | |
| 251. -Novo Nordisk A S ADR | A | Dividend | J | T | | | | | |
| 252. -Southern Company (common) | A | Dividend | J | T | | | | | |
| 253. -Tractor Supply Co (common) | A | Dividend | J | T | | | | | |
| 254. 401(k) Retirement Plan (H) | | | | | | | | | |
| 255. -American Funds - Growth Fund of America-R3 | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -American Funds - Investment Company of America-R3 | D | Dividend | M | T | | | | | |
| 257. -American Funds - Fundamental Investors-R3 | D | Dividend | M | T | | | | | |
| 258. IRA #3 (H) | | | | | | | | | |
| 259. -Merrill Lynch cash holding account | A | Int./Div. | J | T | | | | | |
| 260. -Delaware Corporate Bond Fund Instl Cl | A | Dividend | J | T | | | | | |
| 261. -Apple Inc (common) | A | Dividend | J | T | | | | | |
| 262. -Guggenheim S&P 500 Equal Weight ETF | | | | | Sold | 01/06/16 | J | | |
| 263. -Guggenheim S&P Midcap 400 Pure Growth ETF | | | | | Sold | 01/06/16 | J | | |
| 264. -Guggenheim S&P 500 Pure Growth ETF | | | | | Sold | 01/06/16 | J | | |
| 265. -Ishares U.S. Financial Services ETF | A | Dividend | J | T | Sold (part) | 01/12/16 | J | | |
| 266. | | | | | Buy | 06/01/16 | J | | |
| 267. | | | | | Sold | 08/02/16 | J | | |
| 268. | | | | | Buy | 10/04/16 | J | | |
| 269. -Ishares Cohen & Steers REIT ETF | | None | | | Sold | 01/15/16 | J | | |
| 270. -Ishares S&P Midcap 400 Growth | | None | | | Sold | 01/06/16 | J | | |
| 271. -Ishares U.S. Technology | A | Dividend | J | T | Sold (part) | 01/06/16 | J | | |
| 272. | | | | | Buy | 08/02/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 10/04/16 | J | A | |
| 274. -Ishares S&P 500 Growth | | | | | Sold (part) | 01/15/16 | J | | |
| 275. | | | | | Sold | 01/19/16 | J | | |
| 276. -Ishares U.S. Consumer Services ETF | | | | | Sold | 01/15/16 | J | | |
| 277. -Ishares U.S. Healthcare | A | Dividend | | | Sold | 01/12/16 | J | | |
| 278. | | | | | Buy | 08/02/16 | J | | |
| 279. | | | | | Sold | 10/04/16 | J | | |
| 280. -Ishares U.S. Real Estate | A | Dividend | J | T | Sold (part) | 01/15/16 | J | | |
| 281. | | | | | Sold | 01/19/16 | J | | |
| 282. | | | | | Buy | 01/28/16 | J | | |
| 283. | | | | | Sold | 05/13/16 | J | A | |
| 284. | | | | | Buy | 06/30/16 | J | | |
| 285. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 286. | | | | | Sold (part) | 10/04/16 | J | | |
| 287. -Ishares S&P Midcap 400 Value ETF | | None | | | Sold | 01/06/16 | J | | |
| 288. | | | | | Buy | 03/30/16 | J | | |
| 289. | | | | | Buy | 04/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 04/07/16 | J | | |
| 291.  -Ishares S&P Smallcap 600 Growth | A | Dividend | J | T | Sold (part) | 01/06/16 | J | | |
| 292. | | | | | Buy | 10/04/16 | J | | |
| 293. | | | | | Sold (part) | 10/17/16 | J | | |
| 294.  -Powershares QQQ Trust SE 1 | A | Dividend | J | T | Sold (part) | 01/19/16 | J | | |
| 295. | | | | | Buy | 01/28/16 | J | | |
| 296. | | | | | Sold | 04/01/16 | J | | |
| 297. | | | | | Buy | 10/04/16 | J | | |
| 298. | | | | | Sold (part) | 10/17/16 | J | | |
| 299.  -SPDR Dow Jones Indust Av ETF Trust | A | Dividend | | | Sold | 01/19/16 | J | | |
| 300. | | | | | Buy | 01/28/16 | J | | |
| 301. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 302. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 303. | | | | | Sold (part) | 05/04/16 | J | | |
| 304. | | | | | Sold | 05/13/16 | J | A | |
| 305.  -SPDR S&P Midcap 400 ETF Trust | A | Dividend | J | T | Sold (part) | 01/07/16 | J | | |
| 306. | | | | | Buy | 03/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 04/07/16 | J | | |
| 308. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 309. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 310. | | | | | Sold (part) | 05/04/16 | J | | |
| 311. | | | | | Sold | 05/13/16 | J | | |
| 312. | | | | | Buy | 05/24/16 | J | | |
| 313. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 314. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 315. | | | | | Sold (part) | 10/04/16 | J | A | |
| 316. | | | | | Sold (part) | 10/17/16 | J | A | |
| 317. -SPDR S&P 500 ETF Trust | A | Dividend | | | Sold | 01/19/16 | J | | |
| 318. | | | | | Buy | 01/28/16 | J | | |
| 319. | | | | | Sold | 05/13/16 | J | A | |
| 320. | | | | | Buy | 06/08/16 | J | | |
| 321. | | | | | Sold | 06/30/16 | J | | |
| 322. -Ishares MSCI Emerging Markets | A | Dividend | J | T | Buy | 04/01/16 | J | | |
| 323. | | | | | Buy (add'l) | 04/19/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 325. | | | | | Sold (part) | 05/04/16 | J | | |
| 326. | | | | | Sold | 05/13/16 | J | | |
| 327. | | | | | Buy | 10/04/16 | J | | |
| 328. | | | | | Sold (part) | 10/17/16 | J | | |
| 329.  -Ishares Dow Jones US Utilities ETF | A | Dividend | | | Buy | 01/06/16 | J | | |
| 330. | | | | | Sold | 01/15/16 | J | A | |
| 331. | | | | | Buy | 03/18/16 | J | | |
| 332. | | | | | Sold | 06/01/16 | J | A | |
| 333.  -Ishares S&P Smallcap 600 Value | A | Dividend | J | T | Buy | 03/30/16 | J | | |
| 334. | | | | | Sold | 04/07/16 | J | | |
| 335. | | | | | Buy | 04/20/16 | J | | |
| 336. | | | | | Sold | 05/04/16 | J | | |
| 337. | | | | | Buy | 05/24/16 | J | | |
| 338. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 339. | | | | | Sold (part) | 10/04/16 | J | A | |
| 340. | | | | | Sold (part) | 10/17/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Ishares S&P 500 Value Index ETF | A | Dividend | | | Buy | 05/24/16 | J | | |
| 342. | | | | | Sold | 10/04/16 | J | A | |
| 343. -Ishares S&P 500 Index ETF | | | | | Buy | 01/25/16 | K | | |
| 344. | | | | | Sold | 02/03/16 | K | A | |
| 345. | | | | | Buy | 02/23/16 | J | | |
| 346. | | | | | Buy (add'l) | 02/24/16 | J | | |
| 347. | | | | | Sold | 03/08/16 | K | A | |
| 348. -Ishares Russell 2000 Index ETF | A | Dividend | J | T | Buy | 06/08/16 | J | | |
| 349. | | | | | Sold (part) | 06/30/16 | J | | |
| 350. | | | | | Buy | 10/04/16 | J | | |
| 351. | | | | | Sold (part) | 10/17/16 | J | A | |
| 352. -Ishares Dow Jones US Energy Sector ETF | A | Dividend | | | Buy | 06/01/16 | J | | |
| 353. | | | | | Sold | 08/02/16 | J | | |
| 354. -Ishares U.S. Industrials ETF | A | Dividend | J | T | Buy | 03/08/16 | J | | |
| 355. | | | | | Sold | 08/02/16 | J | A | |
| 356. | | | | | Buy | 10/04/16 | J | | |
| 357. -Ishares Dow Jones US Consumer Goods ETF | A | Dividend | | | Buy | 03/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 06/01/16 | J | | |
| 359. -Ishares Dow Jones US Basic Materials ETF | A | Dividend | | | Buy | 03/18/16 | J | | |
| 360. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 361. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 362. | | | | | Sold (part) | 05/04/16 | J | | |
| 363. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 364. | | | | | Sold | 10/04/16 | J | A | |
| 365. -Ishares Dow Jones US Index Fund ETF | A | Dividend | J | T | Buy | 11/11/16 | J | | |
| 366. Trust #1 (H) | | | | | | | | | |
| 367. -PWM Fiduciary Master Dep Acct | A | Int./Div. | K | T | | | | | |
| 368. -Exxon Mobil Corp (Common) | B | Dividend | K | T | | | | | |
| 369. -Praxair Inc (Common) | A | Dividend | K | T | | | | | |
| 370. -General Electric Co (Common) | C | Dividend | L | T | | | | | |
| 371. -Home Depot Inc (Common) | C | Dividend | M | T | | | | | |
| 372. -Coca-Cola Co (Common) | A | Dividend | J | T | | | | | |
| 373. -Colgate Palmolive Co (Common) | B | Dividend | L | T | | | | | |
| 374. -Kimberly Clark Corp (Common) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -Bristol Myers Squibb Co (Common) | A | Dividend | K | T | | | | | |
| 376. -Johnson & Johnson (Common) | C | Dividend | L | T | | | | | |
| 377. -American Express Co (Common) | A | Dividend | K | T | | | | | |
| 378. -JP Morgan Chase & Co (Common) | A | Dividend | K | T | | | | | |
| 379. -Wells Fargo & Co New (Common) | A | Dividend | K | T | | | | | |
| 380. -Intel Corp (Common) | B | Dividend | K | T | | | | | |
| 381. -Microsoft Corp (Common) | B | Dividend | L | T | | | | | |
| 382. -Verizon Communications (Common) | A | Dividend | K | T | | | | | |
| 383. -Oppenheimer Funds - Developing Mkts Instl Fd Cl Y (Y) | | | | | | | | | |
| 384. -Oppenheimer Funds - Developing Markets Fd-I (X) | A | Dividend | J | T | | | | | |
| 385. -Capital One Fncl Corp (Common) | A | Dividend | K | T | Buy (add'l) | 01/14/16 | J | | |
| 386. -International Business Machines Corp (Common) | A | Dividend | J | T | | | | | |
| 387. -Wasatch Long/Short Fund-Ins (Common) | | None | | | Sold | 01/14/16 | J | | |
| 388. -Blackrock Inc Cl A (Common) | A | Dividend | K | T | | | | | |
| 389. -ConocoPhilips (Common) | A | Dividend | K | T | Buy (add'l) | 01/14/16 | J | | |
| 390. -Williams Cos Inc. (Common) | | None | | | Sold | 01/14/16 | J | | |
| 391. -Alphabet Inc Cl A (Common) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392.  -Disney Walt Co New (Common) | A | Dividend | L | T | | | | | |
| 393.  -Allstate Corp (Common) | A | Dividend | K | T | | | | | |
| 394.  -Alphabet Inc Cl C (Common) | | None | J | T | | | | | |
| 395.  Trust #2 (H) | | | | | | | | | |
| 396.  -PWM Fiduciary Master Dep Acct | A | Int./Div. | J | T | | | | | |
| 397.  -Exxon Mobil Corp (Common) | A | Dividend | | | Donated | | | | |
| 398.  -Abbott Labs (Common) | A | Dividend | J | T | | | | | |
| 399.  -Intel Corp (Common) | A | Dividend | J | T | | | | | |
| 400.  -Oppenheimer Funds-Developing Mkts Instl Fd Cl Y (Y) | | | | | | | | | |
| 401.  -Oppenheimer Funds - Developing Markets Fd-I (X) | A | Dividend | J | T | | | | | |
| 402.  -Note Rec. (Mortgage on rental prop #1-Part VI, Ln 1) | | None | M | U | | | | | |
| 403.  -Pepsico Inc (Common) | A | Dividend | | | Donated | | | | |
| 404.  -Alphabet Inc Cl A (Common) | | None | J | T | | | | | |
| 405.  -Abbvie Inc (Common) | A | Dividend | J | T | | | | | |
| 406.  -Alphabet Inc Cl C (Common) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

Part VII, Line 8: The value of the universal life policy in Column C(1) is the contract value as of 12/31/2016.

Part VII, Lines 383 and 384: Effective 6/17/16, the shares of Oppenheimer Developing Martkets Fund-Y were converted to shares of Oppenheimer Developing Markets Fund-I.

Part VII, Lines 400 and 401: Effective 6/17/16, the shares of Oppenheimer Developing Martkets Fund-Y were converted to shares of Oppenheimer Developing Markets Fund-I.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARC T. TREADWELL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544